# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

139586 & (62)

In the Matter of RASHID ABDULLAH, Minor.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellant,

v

RASHID ABDULLAH,
      Respondent-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139586
COA: 284905
Wayne CC Juvenile Division:
      07-465255-DL

      On March 10, 2010, the Court heard oral argument on the application for leave to appeal the July 21, 2009 judgment of the Court of Appeals. On March 24, 2010, the Court ordered the trial judge in the Wayne Circuit Court, Juvenile Division, to state the specific statutory provision pursuant to which the juvenile respondent was adjudicated delinquent. On order of the Court, the trial court having now filed its answer, the application is again considered. MCR 7.302(H)(1). In lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and REINSTATE the adjudication of delinquency, for the reason that the juvenile was adjudicated delinquent pursuant to MCR 750.520d(1)(c), based on the victim's incapacity.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

0621

_____
                  Clerk